in every community oftentimes require the selection of a third person or party as a depositary through which and by which transfer of papers and important documents may be made, and banks are most frequently used as depositaries on such occasions; and where the party or person assumes to and does act as the depositary, he is absolutely bound by their terms and conditions of the deposit and charged with a strict execution of the duties voluntarily assumed, and such party is liable for damages if he improperly part with the deposit, and this is true whether the depositary received any consideration or not for its services. Citizens Nat. Bank v. Davisson, 229 U. S. 212, 57 L. ed. 1153, 33 Sup. Ct. Rep. 625, Ann. Cas. 1915A, 272; 16 Cyc. 576.

We have considered all the facts set forth by the appellant very carefully, have examined the entire case, and find absolutely no reason for changing the result arrived at in the lower court.

The jury are the exclusive judges of the facts, all of which were fully and fairly submitted to them, and they have made their findings upon those facts, and their findings in this case upon the facts are conclusive.

The judgment of the lower court and the order denying the motion of defendant for judgment, notwithstanding the verdict or in the alternative a new trial, are affirmed, with costs.

---

### W. M. FITTER et al. v. CHAS. McDONALD, as Sheriff.

(162 N. W. 413.)

This case is governed by the decision rendered in Blumardt v. McDonald, post, 518.

Opinion filed April 20, 1917.

From an order of the District Court of Morton County overruling a demurrer to the complaint, defendant appeals, *Nuessle,* Special Judge.

Reversed.

*John F. Sullivan* and *J. A. Heder,* for plaintiffs and respondents.

*Wm. Langer,* State's Attorney (now Attorney General), and *George E. Wallace,* both of Bismarck, for defendant and appellant.

CHRISTIANSON, J.   This case was submitted at the same time as Blumardt v. McDonald, post, 518, 162 N. W. 409, and is controlled by that decision.   On the authority of that case, therefore, the order appealed from is reversed, and the cause remanded for further proceedings, in conformity with the views expressed therein.

---

## JACOB METZGER et al. v. CHAS. McDONALD, as Sheriff.

(162 N. W. 413.)

This case is governed by the decision rendered in Blumardt v. McDonald, post, 518.

Opinion filed April 20, 1917.

From an order of the District Court of Morton County, overruling a demurrer to the complaint, defendant appeals, *Nuessle,* Special Judge. Reversed.

*John F. Sullivan* and *J. A. Heder,* for plaintiffs and respondents.

*Wm. Langer,* State's Attorney (now Attorney General), and *George E. Wallace,* for defendant and appellant.

CHRISTIANSON, J.   This case was submitted at the same time as Blumardt v. McDonald, post, 518, 162 N. W. 409, and is controlled by that decision.   On the authority of that case, therefore, the order appealed from is reversed, and the cause remanded for further proceedings, in conformity with the views expressed therein.